

FILED

2015 FEB 10 PM 2: 30

U.S. DISTRICT COURT
N. DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N F O R M A T I O N** |
| Plaintiff, | ) | |
| | ) | CASE NO. 3:15 CR 60 |
| v. | ) | |
| | ) | Title 8, Sections |
| CONRADO SALGADO-BORBON, | ) | 1324(a)(1)(A)(ii) and |
| | ) | 1324(a)(1)(B)(ii), United States |
| Defendant. | ) | Code |
| | | JUDGE CARR |

Count 1

The United States Attorney charges:

From in or around July 2014, to on or about December 17, 2014, in the Northern District of Ohio, Western Division, and elsewhere, CONRADO SALGADO-BORBON, along with Conrado Salgado Soto, Bartolo Dominguez, and other persons known and unknown to the Grand Jury, knowingly and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, transported and moved an alien within the United States by means of transportation, in furtherance of such violation of law, to wit: CONRADO SALGADO-BORBON drove a number of Guatemalan aliens, including U.H. (a minor), F.S. (a minor), A.L., I.B., R.F. (a minor), and L.C. (a minor), from Marion, Ohio to egg farms in Croton, Mount Victory, and LaRue, Ohio, where the aliens were working, and then back to Marion, Ohio at the end of the aliens' work shift.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).

                                        STEVEN M. DETTELBACH
                                        United States Attorney

By: _Ann C. Rowland_
        ANN C. ROWLAND
        Deputy Chief, Criminal Division